1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11    JOANN DAVIS LONGCOR,

Case No. 1:22-cv-00451-SAB

12              Plaintiff,

ORDER RE STIPULATION EXTENDING
BRIEFING SCHEDULE

13         v.

(ECF No. 10)

14    COMMISSIONER OF SOCIAL
      SECURITY,

15

16              Defendant.

17         On July 14, 2022, a stipulation was filed to extend the time for Defendant to file an

18    answer in the form of the administrative record.  (ECF No. 10.)  The Court finds good cause to

19    grant the stipulated request based on the needs of Defendant in processing the record, and the

20    agreement of the Plaintiff.

21         Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and

22    the scheduling order is modified as follows:

23         1.    Defendant shall file the administrative record on or before September 16, 2022;

24         2.    Plaintiff's opening brief shall be filed within forty-five (45) days after the filing of

25              the administrative record;

26         3.    Defendant's opposition brief shall be filed within forty-five (45) days of the

27              opening brief; and

28    ///

1

4.      Plaintiff's reply, if any, shall be filed within twenty (20) days of the opposition.

IT IS SO ORDERED.

Dated:   **July 16, 2022**

UNITED STATES MAGISTRATE JUDGE