# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN DAVIS LONGCOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00451-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))<br><br>(ECF No. 17) |

　　　Plaintiff Joann Davis Longcor filed the complaint in this action on April 18, 2022. (ECF No. 1.) On November 18, 2022, the Court granted the parties' stipulation to remand Plaintiff's Social Security appeal for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 14, 15, 16.)

　　　On December 1, 2022, the parties filed a stipulated motion for the award of attorney fees and expenses in the amount of $4,907.58 pursuant to the EAJA, and $402 in costs under 28 U.S.C. § 1920. (ECF No. 17.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id. at 2.) The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in

connection with this action.  (Id.)

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $4,907.58 pursuant to the EAJA, 28 U.S.C. § 2412(d), and $402 in costs under 28 U.S.C. § 1920.  (ECF No. 17.)

IT IS SO ORDERED.

Dated:   **December 1, 2022**

UNITED STATES MAGISTRATE JUDGE